AO 240. (Rev. 9/96)

# UNITED STATES DISTRICT COURT

FOR THE District of **MASSACHUSETTS**

**UNITED STATES OF AMERICA**
Plaintiff

V.

**AUGUSTO CORNELIO**
Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: **03-10252-RGS**

I, **Augusto C. Cornelio**, declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant     ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?     ☒ Yes     ☐ No     (If "No," go to Part 2)
   If "Yes," state the place of your incarceration **Federal Medical Center Devens**
   Are you employed at the institution? **Yes**  Do you receive any payment from the     **Yes**
   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?     ☒ Yes     ☐ No *(just incarceration employment)*

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment     ☐ Yes     ☐ No
   b. Rent payments, interest or dividends              ☐ Yes     ☐ No
   c. Pensions, annuities or life insurance payments    ☐ Yes     ☐ No
   d. Disability or workers compensation payments       ☐ Yes     ☐ No
   e. Gifts or inheritances                             ☐ Yes     ☐ No
   f. Any other sources                                 ☐ Yes     ☐ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

4. Do you have any cash or checking or savings accounts?    ☐ Yes    ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☐ Yes    ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. Yes I have a son and a daughter which I was supporting while I was out there and now I can't because of my incarceration. Their names are Taietta-Cornelio and Jeremy Cornelio ages 11 years old Taietta Jeremy 3 years old.

I declare under penalty of perjury that the above information is true and correct.

12/8/04 _____    _August Cornelio_____
Date                         Signature of Applicant

NOTICE TO PRISONER: A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

# Inmate Statement



| Inmate Reg #: | 24838038 | Current Institution: | Devens FMC |
| Inmate Name: | CORNELIO, AUGUSTO | Housing Unit: | DEV-H |
| Report Date: | 12/07/2004 | Living Quarters: | C02-215U |
| Report Time: | 6:26:34 PM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| DEV | 12/7/2004 4:56:19 PM | 64 | | | Sales | ($3.00) | | $52.59 |
| DEV | 12/6/2004 7:17:41 PM | ITS1206 | | | ITS Withdrawal | ($4.00) | | $55.59 |
| DEV | 12/6/2004 9:58:42 AM | ISO022 | | | FRP Single Pymt | ($150.00) | | $59.59 |
| DEV | 12/6/2004 9:06:36 AM | 5JV021 | | | Payroll - IPP | $49.00 | | $209.59 |
| DEV | 12/5/2004 6:50:28 PM | ITS1205 | | | ITS Withdrawal | ($5.00) | | $160.59 |
| DEV | 12/4/2004 9:33:23 PM | ITS1204 | | | ITS Withdrawal | ($5.00) | | $165.59 |
| DEV | 12/2/2004 7:19:35 PM | ITS1202 | | | ITS Withdrawal | ($8.00) | | $170.59 |
| DEV | 11/29/2004 6:07:56 PM | 33304005 | | | Western Union | $150.00 | | $178.59 |
| DEV | 11/28/2004 8:35:55 PM | ITS1128 | | | ITS Withdrawal | ($5.00) | | $28.59 |
| DEV | 11/23/2004 4:44:56 PM | 34 | | | Sales | ($26.55) | | $33.59 |
| DEV | 11/23/2004 5:33:08 AM | 70120605 | | | Lockbox - CD | $50.00 | | $60.14 |
| DEV | 11/16/2004 7:52:13 PM | ITS1116 | | | ITS Withdrawal | ($6.00) | | $10.14 |
| DEV | 11/16/2004 5:07:15 PM | 73 | | | Sales | ($13.50) | | $16.14 |
| DEV | 11/12/2004 11:14:24 AM | 8 | | | Sales | ($6.60) | | $29.64 |
| DEV | 11/9/2004 1:50:17 PM | 2030 | | 1079432 | Local Collections | $20.00 | | $36.24 |
| DEV | 11/9/2004 12:27:37 PM | 40 | | | Sales | ($84.40) | | $16.24 |
| DEV | 11/8/2004 1:54:26 PM | 1929 | | 1079429 | Local Collections | $50.00 | | $100.64 |
| DEV | 11/5/2004 9:39:14 AM | 5JV004 | | | Payroll - IPP | $50.36 | | $50.64 |
| DEV | 11/2/2004 5:04:32 PM | 41 | | | Sales | ($10.65) | | $0.28 |
| DEV | 10/26/2004 8:28:27 PM | ITS1026 | | | ITS Withdrawal | ($5.00) | | $10.93 |
| DEV | 10/24/2004 8:07:49 PM | ITS1024 | | | ITS Withdrawal | ($5.00) | | $15.93 |
| DEV | 10/22/2004 8:20:30 PM | ITS1022 | | | ITS Withdrawal | ($5.00) | | $20.93 |
| DEV | 10/20/2004 8:39:06 PM | ITS1020 | | | ITS Withdrawal | ($5.00) | | $25.93 |
| DEV | 10/17/2004 10:53:52 AM | ITS1017 | | | ITS Withdrawal | ($5.00) | | $30.93 |
| DEV | 10/15/2004 6:47:01 PM | ITS1015 | | | ITS Withdrawal | ($5.00) | | $35.93 |
| DEV | 10/14/2004 4:55:27 PM | ITS1014 | | | ITS Withdrawal | ($5.00) | | $40.93 |
| DEV | 10/12/2004 8:39:02 PM | ITS1012 | | | ITS Withdrawal | ($5.00) | | $45.93 |
| DEV | 10/9/2004 8:04:54 PM | ITS1009 | | | ITS Withdrawal | ($5.00) | | $50.93 |
| DEV | 10/8/2004 11:21:35 AM | 19 | | | Sales | ($4.40) | | $55.93 |
| DEV | 10/7/2004 8:36:50 PM | ITS1007 | | | ITS Withdrawal | ($3.00) | | $60.33 |
| DEV | 10/6/2004 9:31:14 PM | ITS1006 | | | ITS Withdrawal | ($5.00) | | $63.33 |
| DEV | 10/6/2004 1:59:20 PM | 314 | | 1088604 | Local Collections | $40.00 | | $68.33 |
| DEV | 10/5/2004 4:54:26 PM | 52 | | | Sales | ($11.05) | | $28.33 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| DEV | 10/5/2004 10:03:00 AM | 4JV157 | | Payroll - IPP | $29.07 | | $39.38 |
| DEV | 10/4/2004 10:50:36 PM | ITS1004 | | ITS Withdrawal | ($5.00) | | $10.31 |
| DEV | 10/3/2004 9:32:52 AM | ITS1003 | | ITS Withdrawal | ($5.00) | | $15.31 |
| DEV | 10/1/2004 6:17:16 PM | ITS1001 | | ITS Withdrawal | ($5.00) | | $20.31 |
| DEV | 9/30/2004 4:33:09 PM | ITS0930 | | ITS Withdrawal | ($5.00) | | $25.31 |
| DEV | 9/26/2004 3:22:55 PM | ITS0926 | | ITS Withdrawal | ($2.00) | | $30.31 |
| DEV | 9/24/2004 6:05:52 PM | ITS0924 | | ITS Withdrawal | ($5.00) | | $32.31 |
| DEV | 9/24/2004 1:34:00 PM | 22398 | 1079400 | Local Collections | $20.00 | | $37.31 |
| DEV | 9/23/2004 4:50:04 PM | ITS0923 | | ITS Withdrawal | ($5.00) | | $17.31 |
| DEV | 9/22/2004 5:10:40 PM | 48 | | Sales | ($28.60) | | $22.31 |
| DEV | 9/20/2004 10:37:12 PM | ITS0920 | | ITS Withdrawal | ($5.00) | | $50.91 |
| DEV | 9/20/2004 1:49:21 PM | 22101 | 1089582 | Local Collections | $30.00 | | $55.91 |
| DEV | 9/18/2004 7:57:41 PM | ITS0918 | | ITS Withdrawal | ($5.00) | | $25.91 |
| DEV | 9/17/2004 8:22:27 PM | ITS0917 | | ITS Withdrawal | ($5.00) | | $30.91 |
| DEV | 9/15/2004 9:47:40 PM | ITS0915 | | ITS Withdrawal | ($5.00) | | $35.91 |
| DEV | 9/12/2004 7:34:02 PM | ITS0912 | | ITS Withdrawal | ($5.00) | | $40.91 |
| DEV | 9/11/2004 8:03:14 PM | ITS0911 | | ITS Withdrawal | ($5.00) | | $45.91 |

1 2 3 4

Total Transactions: 177                                                                          Totals:       $52.59        $0.00

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| DEV | $52.59 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $52.59 |
| Totals: | $52.59 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $52.59 |

*most recent 6 months*
*deposits = $1,207.03*
*T. O'[illegible]*
*counselor*