UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

AUGUSTO CORNELIO,
            Petitioner,

v.                                  Civil Action No.  05-10163-RGS

UNITED STATES OF AMERICA ,
            Respondent.

ORDER ON APPLICATION TO
PROCEED WITHOUT PREPAYMENT OF FEES

Now before the Court is plaintiff's application to proceed without prepayment of fees and affidavit under 28 U.S.C. § 1915:

The application to proceed without prepayment of fees is:

**G**    GRANTED.

☒    DENIED for the following reason(s):

    The Application is moot since there is no filing fee levied on motions brought pursuant to 28 U.S.C. §2255.

SO ORDERED.

January 31, 2005                            /s/ Richard G. Stearns
DATE                                          RICHARD G. STEARNS
                                              UNITED STATES DISTRICT JUDGE