UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

AUGUSTO CORNELIO
     Defendant,

v.                                          Case No.:03-10252-RGS

UNTIED STATES OF AMERICA
     Respondent

_____/

LETTER MOTION REQUESTING  DECISION OF THE CASE
AUGUSTO CORNELIO V. UNITED STATES, NO. 1:05-CV-10163

---

Comes Now, Defendant, Augusto Cornelio, acting prose and avers the following information fo the course review:

1. On January 13, 2005 the Defendant send a Motion with Memorandum of Law under U.S.C. § 2255 to vacate, set aside, or correct sentence by a person in Federal Custody, copies to be distribute to the proper channels was included.

2. An amendment to support the U.S.C § 2255, base on the January 12, 2005 desicion of the Supreme Court on the case of **Blakely v. Washington**, was sended to the District Court of Massachusetts, after the original Motion and Memorandum of Law was send, it was done in accordance with the public decision of the court with respect to the enhancements on the cases of **Booker** and **Fanfan**.

LETTER MOTION TO THE DISTRICT COURT
AUGUSTO CORNELIO V. UNITED STATES, NO.:03-10252-RGS PG#2
_____

3. On January 31, 2005, the Court issue an order directing the
   Clerk of the District Court to serve a copy of the petition
   on the government and directing the government to file
   a responsive pleading within twenty days of its receive
   of said petition. As consequence of such order, the government's
   response was required to be filed on or about February
   22, 2004.

4. The Defendant who ( plea )    on Octover 23, 2003, and
   was sentence on January 22,2004 to 70 months setence due
   to the violation of two counts, Count 1 U.S.S.G. § 2L2.2,
   18 U.S.C. §1542 False statement in Passport application
   and count 2 U.S.S.G. §2L1.2 8 U.S.C. § 1326 (a) and (b)(2)
   Illegal Re-entry. The Defendant plead guilty to count 2
   U.S.C. §1326 (a)(b)(2) and the government dropped Count 1
   from the indictment.

5. The petitioner claim in his 28 U.S.C. §2255 ground 1 that:
   1.**Movant was denied effective assistance of counsel.**
   Movant's counsel had procedurally defaulted in his civil
   duties of giving his cleint a proper defense due to the
   fact that counsel had failed to raise and Apprendi or Day-
   like issue.

   2.**Movant was unconstitutionally enhanced by 16 points levels.**
   Movant's Criminal History Level was grossly misrepresented
   the criminal history did not warrant a category five placement.
   this misrepresentationjustify the trial (although illegal)past
   conviction, states convictions for federal cases enhancements
   are illegal.See **T. Litter v. US**, F Supp. 2d 2002 WL 1424581(D.Mass)

LETTER MOTION TO THE DISTRICT COURT
AUGUSTO CORNELIO V. UNITED STATES, NO.: 03-10252-RGS PG#3

Shepard .v Untied States, No. 03-9168 Certiorari to the United States Court of Appeals for the First Circuit.

   The Defendant prior conviction was not crime of violence, in reviewing the government respond and Defendant 28 U.S.C § 2255 it is clear that:

   1. The indictment must state the specific offense characteristic
   2. The government mustprove that element to a jury
   3. That element mustbe proven beyong reasonalble doubt

None of this 3 conditions was taking in consideration at the sentence of petitioner since the Honorable Judge Browning ruled that his refusal to apply the 16-level enahancement was becase he had to make a finding that the prior conviction was indeed a crime of violence, it never happened.

   The Defendant ask the court for a resolution of his case and a re-sentence on the intant offense alone, which carried a Base Offense Level of 8, at Criminal category history 5, that is a 15-21 month incarceration. In conclution after submitting the §2255 and the cases of law that stated clearly the reason for resentence the Defendant, his conviction and sentence should be dismissed and resentence to the appropiated level.

                                        Respectfully submitted,

                                        _____
                                        Augusto Cornelio (pro-se)

## CERTIFICATE OF SERVICE

I, Augusto Cornelio, Petitoner, actiong Pro se, do hereby certify that I have served this motion along with my original § 2255 motion, and swear under the penalty of perjury, that everything in the aforementioned letter motion is true to the best of my ability, so help me God.

*Augusto Cornelio*
Augusto Cornelio,
Federal ID No.: 24838-038