UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**AUGUSTO CORNELIO**

    **V.**          **CIVIL ACTION NO. 05-10163-RGS**

**UNITED STATES OF AMERICA**

# ORDER OF DISMISSAL

**STEARNS, DJ.**        **AUGUST 11, 2005**

IN ACCORDANCE WITH THIS COURT'S MEMORANDUM AND ORDER ON A MOTION TO VACATE, SET ASIDE, OR CORRECT A SENTENCE ISSUED ON THIS DATE,

IT IS HEREBY ORDERED: THE MOTION IS DENIED, AND THE PETITION IS THEREFORE <u>DISMISSED.</u>

SO ORDERED.

                  **RICHARD G. STEARNS**
                  **UNITED STATES DISTRICT JUDGE**

**BY:**

        **/s/ Mary H. Johnson**
          **Deputy Clerk**